BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2006 HONDA CRV, VIN: JHLRD78556C007007, LICENSE NUMBER: 5SKS254,<br><br>Defendant. | 2:13-MC-00042-JAM-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Katherine Fabela ("claimant"), by and through their respective counsel, as follows:

1. On or about January 24, 2013, claimant Katherine Fabela filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI") with respect to the 2006 Honda CRV, VIN: JHLRD78556C007007, License Number: 5SKS254 (hereafter "defendant vehicle"), which was seized on November 8, 2012.

2. The FBI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant vehicle under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant vehicle as required by law in the administrative forfeiture proceeding.

**Stipulation and Order to Extend Time**

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 24, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 24, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture shall be extended to May 24, 2013.

Dated:  4/23/13                                BENJAMIN B. WAGNER
                                               United States Attorney


                                       By:  /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney


Dated:  4/23/13                             /s/ Nicholas Seymour
                                            NICHOLAS SEYMOUR
                                            Attorney for claimant Katherine Fabela

                                            (Authorized by email)


IT IS SO ORDERED.

Dated:  4/24/2013                           /s/ John A. Mendez
                                            UNITED STATES DISTRICT COURT JUDGE